Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA  94108
*tel* (415) 956-1360
*fax* (415) 276-1738
rhoyer@hoyerlaw.com
dlipps@hoyerlaw.com

Attorneys for Plaintiff
RONALD RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAMOS,<br><br>              Plaintiff,<br><br>    vs.<br><br>DHL EXPRESS (USA), INC., a corporation, and DOES 1–50,<br><br>              Defendants, | Case No. CV 12-01550-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE** |

1.   WHEREAS the deadline to mediate is currently set for October 27, 2012;

2.   WHEREAS the next case management conference is scheduled for November 29, 2012 at 10:00 a.m.;

3.   WHEREAS the parties intend to mediate this case;

4.   WHEREAS the parties are still engaged in pre-mediation discovery but intend to complete such discovery sometime in late November or early December 2012;

5.   WHEREAS mediation will not be productive without the completion of this minimal pre-mediation discovery;

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE**                         1

6. THEREFORE, the parties hereby stipulate to extend the mediation deadline two months until December 31, 2012.

7. THEREFORE, the parties further stipulate to continue the upcoming case management conference to January 10, 2013 10:00 a.m.

Date: October 2, 2012

HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
RONALD RAMOS

Date: 10/3/2012

DUANE MORRIS LLP

_____
Anthony J. Rao
Attorney for Defendant
DHL EXPRESS (USA), INC.

Date: 10/4/12

IT IS SO ORDERED.

_____
Honorable Richard Seeborg

STIPULATION AND [PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE   2