IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD RAMOS,

        Plaintiff,

  v.

DHL EXPRESS (USA), INC.,

        Defendant.

                                          /

No. C 12-1550 RS

**ORDER EXTENDING MEDIATION DEADLINE**

The deadline to mediate is hereby continued to February 8, 2013. All other relief sought by the parties in their stipulation is subject to determination by the mediator and/or the ADR department.

IT IS SO ORDERED.

Dated: January 2, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE