Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA  94108
*tel* (415) 956-1360
*fax* (415) 276-1738
rhoyer@hoyerlaw.com
dlipps@hoyerlaw.com

Attorneys for Plaintiff
RONALD RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAMOS,<br><br>             Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., a corporation, and DOES 1–50,<br><br>             Defendants, | Case No. CV 12-01550- JST<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

    Please take notice that Plaintiff RON RAMOS requests that, pursuant to the parties' Confidential Settlement Agreement and General Release of Claims and in light of the consideration provided thereby, the above-captioned action be dismissed with prejudice.

Date:  April 29, 2013

HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
RONALD RAMOS

Plaintiff's request is GRANTED.  The above-captioned action is hereby dismissed with prejudice.

Date: April 30, 2013                                IT IS SO ORDERED

                                                    _____
                                                    HON.
                                                    United

