Richard A. Hoyer (SBN 151931)
David C. Lipps (SBN 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA  94108
*tel* (415) 956-1360
*fax* (415) 276-1738
rhoyer@hoyerlaw.com
dlipps@hoyerlaw.com

Attorneys for Plaintiff
RONALD RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAMOS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., a corporation, and DOES 1–50,<br><br>　　　　　　Defendants, | Case No. CV 12-01550- JST<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

　　Please take notice that Plaintiff RON RAMOS requests that, pursuant to the parties' Confidential Settlement Agreement and General Release of Claims and in light of the consideration provided thereby, the above-captioned action be dismissed with prejudice.

Date:  April 29, 2013

　　　　　　　　　　　　　　　　　　　　HOYER & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David C. Lipps
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　RONALD RAMOS

**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**　　　　　　　　　　　1

1 | Plaintiff's request is GRANTED.  The above-captioned action is hereby dismissed with
2 | prejudice.

4 | Date: April 30, 2013

IT IS SO ORDERED

HON.
United

